gentleman than has been his usual course. Mr. Wells acquitted himself very handsomely, and so much to the satisfaction of the Chancellor that he thinks it proper to record here his entire approbation of the admission of Mr. Wells to practice as a solicitor of this court. The proper oaths were administered to him by John Stockly, Register, in open court, and Mr. Wells was desired to sign the roll.

## ELISHA SHARP and AMELI, his Wife, v. JONATHAN DICKERSON.

Orphans' Court. March. 5, 1818.

*Ridgely's Notebook II, 32.*

## REBECCA CANNON, Widow of Clement Cannon v. CHARLOTTE WHITE, Widow.

Orphans' Court. Sussex. March 6, 1818.

*Ridgely's Notebook II, 49.*

